IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHAMIKA MOZELL, individually and on behalf of all persons similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 1:15-cv-00022 Judge Trauger |
| TRG CUSTOMER SOLUTIONS, INC., d/b/a ) IBEX Global Solutions, ) ) | |
| Defendant. ) | |

**O R D E R**

This case is consolidated with Andrews v. TRG Customer Solutions, Inc., Case No. 1:14-cv-135, which is stayed in favor of arbitration. It is hereby ORDERED that the Clerk shall administratively close this file.

It is so **ORDERED**.

ENTER this 29th day of January 2018.

_____
ALETA A. TRAUGER
U.S. District Judge